# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| DARNICE MICHELLE WILLIAMS-WRIGHT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:13-cv-00174-RJC-DSC |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

## CONSENT ORDER

THIS CAUSE is before the Court upon the Motion of the Commissioner seeking to stay proceedings in this case.

Upon consideration of the Motion of the Commissioner, for the reasons stated in her Motion, and for good cause shown,

IT IS ORDERED that this case is STAYED pending further order of this Court.

**SO ORDERED**.

Signed: October 16, 2013

David S. Cayer
United States Magistrate Judge