# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DARNICE MICHELLE WILLIAMS-WRIGHT, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> Defendant. ) | Civil Action No.: <br> 3:13-cv-00174-RJC-DSC |

## CONSENT ORDER

**THIS MATTER** before the Court sua sponte. After conferring with the chambers of the Honorable Robert J. Conrad, Jr. the STAY entered in this matter is LIFTED.

The Defendant's dispositive motion and accompanying brief are due on or before November 4, 2013. The Court will consider an additional extension upon a showing of good cause.

**SO ORDERED**.

Signed: October 17, 2013

_____
David S. Cayer
United States Magistrate Judge